USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/08

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 13, 2008

RECEIVED
IN CHAMBERS

AUG [illegible]

**BY HAND**

The Honorable Lawrence M. McKenna
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. David Messina and Thomas Alexander,
08 Cr. 529 (LMM)

Dear Judge McKenna:

The Government respectfully requests that the Court exclude time from today's date until September 10, 2008, the date on which the Court has scheduled a pre-trial conference in the above-referenced case, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to discuss any disposition that may be appropriate in these cases. Defense counsel consents to this request for the exclusion of time.

So ordered.
LMM  8/14/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Nicole W. Friedlander
Assistant United States Attorney
(212) 637-2211

Enclosure

cc: Kimberley Summers, Esq.
Sabrina Shroff, Esq.